IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED MAY 12 2008
May 12, 2008
MAY 12 2008 mB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

James G. Turner-el,
   Plaintiff,
  -V-
Roger Walker Jr., et al,[A]

08CV 2742
JUDGE ZAGEL
MAGISTRATE JUDGE COLE

EMERGENCY
MOTION FOR AN ORDER TO NOTIFY FAMILY
TO PAY FILING FEES [1]

COME NOW plaintiff James G. Turner-el, Pro Se, pursuant 42 U.S.C. §1983 and 1997, and respectfully move this Honorable Court to enter an Emergency Order Notifying his family to pay filing fees in this matter.

IN SUPPORT, plaintiff states:

1. Plaintiff is a prisoner in the custody of the Illinois Department Of Corrections ("IDOC") at the Menard Correctional Center ("Menard") confined to Disciplinary/Segregation Unit ("Seg. Unit"), on false charges.

2. While confined to (Seg. Unit) plaintiff has no physical access to prison law library to have his complaint and motions photocopied; Further due to his massive photocopy/legal postage debt of over $10,667.00 (Ten Thousand Six Hundred Sixty Seven Dollars) Head Librarian K. Schorn refuses to photocopy the instant complaint, and its amended complaint, plus

---

[A]/ Defendant(s).   [1]/ Return copy of Inmate Transaction Sheet

any of his grievance complaints and other exhibit evidence to reduce his debt, though prison officials have taken all monies received to plaintiff's prison account for the past (18) years, to and including his monthly "Idle Pay of $10.00" illegally taken to fray costs of his debts, as such, he's being prevented from filing proper number of copies of the instant complaint, and cannot submit Amended Complaint altogether.

    3. Additionally, while in ("Seg Unit") unknown Correctional Guards in conspiracy with other staff members have repeatedly and continually stopped, delayed and prevented plaintiff's legal mail to the Sangamon County Court in Springfield, Illinois from ever being received due to pending lawsuits. Furthermore, these conspirators have withheld any personal mail plaintiff sends to his family where he makes mention of any legal action he's undertaking, or he seeks financial assistance with fees, etc., as such, plaintiff has and continues to be prevented from advising his family members to pay the filing fee(s) in the instant complaint and several other complaints to this court.

    4. Accordingly, because prison officials are somewhat reluctant to tamper with plaintiff's legal mail sent to this Honorable Court, plaintiff requests the Court enter an Order authorizing the Clerk of this Court to send a copy of this Motion to his Sister as follows, so she'll pay the necessary

-2-

filing fees for plaintiff to proceed in this action:

    Mrs. Gladys A. Turner
    913 White Oak Lane
    University Park., Il. 60466
    (708) 534-2756

5. Finally as shown by Inmate Transaction Sheet plaintiff supposedly have incurred a massive xeroxcopy/legal postage debt; which, he's been paying on every month for the past (18) years, that seems he's liable to never get out of debt, as such, he cannot pay filing fees to proceed in this cause of action from monies in his prison account, as he doesn't have any, Nor, can he call his family and have money sent due to his ("Seg Unit) stay.

    WHEREFORE, plaintiff pray that this Honorable Court enter an Order authorizing the Honorable Clerk of the Court to photocopy this motion and send it to my sister, so that she can pay the necessary filing fee. And return copy of Inmate Transaction Sheet.

                      Respectfully submitted,
                        James G. Turner-El
                        James G. Turner-El
                        #N-01161.
                        M.C.C.
                        P.O. Box 711
                        Menard, Il. 62259