F I L E D
MAY 12 2008
MAY 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

James G. Turner-el,
　　Plaintiff,
　-v-
Roger Walker, Jr., et al.,
　　Defendant(s).

08CV 2742
JUDGE ZAGEL
MAGISTRATE JUDGE COLE

EMERGENCY MOTION FOR ISSUANCE OF A WRIT OF HABEAS CORPUS AD TESTIFICANDUM; OR, A CONFERENCE CALL */

　　COME NOW the plaintiff James G. Turner-el, Pro Se, pursuant Emergency and respectfully move this Honorable Court for issuance of a writ of habeas corpus ad testificandum, or, alternatively, for a Conference call.
　　IN SUPPORT, plaintiff states:
　　1. That due to his prisoner status at the Menard Correctional Center ("Menard") and his confinement to Disciplinary/Segregation ("Seg. Unit") of the Ill. Dept. of Corrections ("IDOC"); he has no physical access to the prison law library, further, due to his massive xeroxcopy/legal postage debt and naming Head Librarian in several new civil

_____
*/ And to Appoint Counsel if necessary.

Rights Complaints; Head Librarian K. Schorn refuses to photocopy the instant complaint, nor, his Amended Complaint, nor any other of his complaints, and exhibits. As such, plaintiff is prevented from submitting the proper number of copies; His Amended Complaint and necessary exhibit evidence in this proceeding, and other forthcoming complaints.

2. Additionally, due to plaintiff being confined to a two-man-cell with a mentally ill young gang member who have assaulted him; stolen some of his property; taken his food trays and threats, curses and ridicules plaintiff, plaintiff is suffering from a reign of terror, an atmosphere of violence and subject to imminent danger of serious physical injury. Forcing plaintiff to attempt suicide to try and get away from his dilemma.

3. Plaintiff is being retaliated against as he's assigned to a two-man-Steel-fronted Closed Box type cell, where is suffers from breathing attacks, claudrophobia and High Blood Pressure, Internal bleeding, Anemia and Hepatitus-C. Plus, constant pain to his abdomen, lower back and both arms and hands, and staff refuses to move him. Ad-

-2-

ditionally, plaintiff is not being properly treated by Medical Personnel, forcing him to suffer more needlessly.

4. Accordingly, because library staff will not copy his complaints and exhibit(s); plaintiff's assignment to cell with crazed gang member; Assigned cell being a Hot Box Cell and numerous medical problems plaintiff suffers from. Plaintiff requests this Honorable Court to enter an Order for the issuance of A Writ of Habeas Corpus Ad Testificandum, or, for A Conference Call, to remedy library staff refusal to copy documents; to have him move to single-man-open barred cell and given necessary medical care, to and including appointing counsel.

WHEREFORE, DO HE PRAY.

Respectfully submitted,

James G. Turner-el
#N-01161
M.C.C.
P.O. Box 711
Menard, Il. 62259