STATE OF ILLINOIS )
) SS
COUNTY OF RANDOLPH )

FILED
JUN 9 2008
JUN 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## AFFIDAVIT

I, James G. Turner-ee being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto: 1) That I am a prisoner in the custody of the Illinois Department Of Corrections at the Menard Correctional Center ("Menard"), confined to Disciplinary/Segregation Unit.
2) That though I'm a gay-male and all other gay-males assigned to segregation are confined to open-barred-cells by themselves, I'm celled with gang members who don't like gay males and don't want to be celled with him because he destitute, who threaten, assault and take his food and property.
3) On 3/29/08 I was assigned to segregation Closed Box Cell with crazed gang member who have repeatedly assaulted me, took my food and other property.
4) That though I have repeatedly sought to be transferred to another cell, but defendants won't move me, that the only way I can be moved is if I go on suicide watch, which I plan on doing 6-15-08.
5) That on suicide watch I will be stripped-out and denied all my legal and personal property, and be fed the same meals twice a day every day for as long as he remains on said status.
6) That Ms. K. Schorn/librarian won't copy my documents, including my Amended Complaint to be filed in this case, nor, other complaints and other motions to Compel and for TRO in this case; Plus, would not copy this motion attached hereto. Plus, refuse to afford legal supplies as needed, denying me of legal services.
7) Unknown Correctional Guards are interfering with

Affidavit (continued) Page 2 of 2

prosecution of my cases, by tampering with my legal/personal mail preventing documents from being forwarded to the courts, attorneys, public officials and my family.

8) That I have no other remedy at law, and I will suffer irreparable harm with no harm to the defendant(s)

9) That I need protection from other inmates, need access to legal services and to have legal/personal mail promptly delivered and forwarded.

10) That further I sayeth not.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 4th day of June, 2008.

_____
Affiant

IN THE
<u>UNITED STATES DISTRICT COURT</u>
<u>FOR THE NORTHERN DISTRICT OF ILLINOIS</u>

<u>James G. Turner-el,</u>
Plaintiff,

v.                                    Case No. <u>08 CV 2742</u>

<u>Roger Walker, Jr., et al.,</u>
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: <u>M.W. Dobbins/Clerk</u>          TO: <u>Lisa Madigan</u>
<u>U.S. District Court</u>              <u>Attorney General</u>
<u>219 S. Dearborn St.</u>              <u>100 W. Randolph St.</u>
<u>Chgo, Il. 60604</u>                  <u>Chgo, Il. 60601</u>

TO: _____                       TO: _____

PLEASE TAKE NOTICE that on <u>June 4</u>, 20<u>08</u>, I have placed the documents listed below in the institutional mail at <u>Menard</u> Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: <u>Motion for TRO / Preliminary Injunction</u>

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: <u>6/4/08</u>

/s/ <u>James G. Turner-el</u>
NAME: <u>James G. Turner-el</u>
IDOC#: <u>N-01161</u>
<u>Menard</u> Correctional Center
P.O. BOX <u>711</u>
<u>Menard</u>, IL <u>62259</u>

Revised February 2005