IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILED**
JUN 19 2008
6-19-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

James G. Turner-el,
Plaintiff,

-v-

Roger Walker, Jr., et al.,
Defendant(s).

No. 08 CV 2742

The Honorable(s)
Judge Zagel and
Magistrate Judge Cole.

## MOTION TO COMPEL DEFENDANTS' MAKE COMPLIANCE TO SETTLEMENT AGREEMENT */

COMES NOW the plaintiff James G. Turner-el, Pro Se, pursuant Rule 60 F.R.C.P and respectfully move this Honorable Court to enter an order compelling defendant(s) abide by the terms of a Federal Court Ordered Settlement Agreement entered in defendants behalf over or almost (20) years ago to which defendants have never fully complied.

---

*/ And Motion For Sanctions.

IN SUPPORT, plaintiff states:

1. That following evidentairy hearing Nov. 18, 1988, the Honorable James B. Moran/ U.S. Judge entered a federal Court Order finding and Enforcing for the defendant(s) that plaintiff had entered into a settlement agreement.

2. That on Dec. 13, 1988, Judge Moran entered the terms of the Enforced Settlement Agreement finding that:

   a) Defendant(s) were to award plaintiff a $580.00 monetary concession;

   b) Issuance of State Loan Color TV, Radio and Fan

   c) Access to a typewriter through law library, or other appropriate means; and,

   d) A prison job.

3. Plaintiff contend defendant(s) From the very inception of this Court's Enforcement Order and terms of agreement, has never not once made compliance to the Court's Order in its

-2-

entirety, because defendant(s) have never afforded plaintiff a prison job. As such, defendant(s) have been in civil contempt for almost (20) calendar years.

4. Accordingly plaintiff request in Relief that:

### RELIEF

i) This Court compel defendant(s) to comply with terms of Enforced Settlement Agreement and afford him a job at Commissary.

ii) Order defendant(s) pay $10,000.00 (Ten Thousand Dollar) Fines, individually and seperately to the Court.

iii) Award plaintiff monetary sanction of $50.00 (Fifty Dollars per month) for the past (19) plus years defendant(s) refused to comply with terms of Federal Court Order. From each defendant individually and seperately.

-3-

iv) Order plaintiff's radio concession and fan concession be returned in (10) days

v) Grant such other relief as this Court deems equitable, proper and justified.

WHEREFORE, DO HE PRAY.

Respectfully submitted,

James G. Turner-El
James G. Turner-Se
N-01161
M.C.C.
P.O. Box 711
Menard, Il. 62259