FILED
JUL 14 2008 aew
Jul 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
JUL 14 2008
Jul 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| James G. Turner-El, Plaintiff, -v- Roger Walker, Jr., et al., Defendants. | No. 08 CV 2742 Hon. James B. Zagel, U.S. Judge presiding. |

### EMERGENCY MOTION FOR PROTECTIVE ORDERS, AND ORDER LAW LIBRARIAN TO PHOTOCOPY AMENDED COMPLAINT

COME NOW, the plaintiff James G. Turner-El, Pro Se, for Emergency Protective Orders, and for an Order demanding K. Schorn/Librarian to photocopy his Amended-Complaint, and in support he states:

1. Menard prison staff have plaintiff confined to a Steel Fronted Control Hot Box Torture Chamber cell, where he is having breathing attacks, with one of his long documented enemies as his cellmate, (See Affidavit) Plaintiff's life is in imminent danger of serious physical injury.

2. Next, Ms. K. Schorn/Librarian refuses to photocopy plaintiff's Amended-Complaint in this

(1) vers

cause of action, because, plaintiff has named her as a defendant for interfering in the prosecution of his pending and contemplated litigations in this proceeding. (See Affidavit).

3. Due to lack of legal supplies, and lock-down status of prison, plaintiff could not obtain blank paper to make but 1 copies of this document, Original for the Court and copy for himself. (See Affidavit).

4. Accordingly, plaintiff pray this Honorable Court Order Protective Orders as follows:

A) To have plaintiff moved from Hot Box Cell, to regular open-barred-single-man-cell;

B) Kept away from his documented enemies and,

C) Order Librarian photocopy Amended Complaint; and,

D) Order Librarian provide plaintiff with blank paper and ink pen. */

WHEREFORE, DO HE PRAY.

Respectfully submitted,

James G. Turner-el
James G. Turner-el # N-01161
M.C.C.
P.O. Box 711
Menard, Il. 62259

*/ Or, alternatively, Order Video Conference Call.

STATE OF ILLINOIS      )
                       ) SS
COUNTY OF RANDOLPH     )

## AFFIDAVIT

I, James G. Turner-el, being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto: 1) That I am a prisoner in the custody of the Ill. Dept. of Corrections (IDOC) at Menard prison (Menard), confined to the segregation Unit in a Steel fronted Control Hot Box Torture Chamber cell, with a long documented enemy of mine as a cellmate. 2) That I have been confined to Hot Box cell since I was walked to segregation on 2/28/08, reason, though I was assaulted by enemies 2/25/08 and given a (7) day lay-in on 2/27/08 because I couldn't walk I was ordered to move from lowest gallery cell #1-18 to the Highest Gallery in the Unit to cell 7-39 with another enemy, but, because I couldn't walk I was confined to segregation. 3) That I am a known bi-sexual (gay), and under Menard Rules (gay-men) are not suppose to be celled with other prisoners. Yet, I've repeatedly been celled with younger, stronger, bigger gang members on March 24, 2008 -thru- June 11, 2008; June 11, 2008 -thru- June 23, 2008, and during those times I repeatedly was assaulted and had my food trays and other property taken. Yet, cellhouse staff would not move me. 4) And on June 24, 2008, prison staff confined one of my long documented enemies with me in the Hot Box cell. To date, my enemy Ellis Partee #A-15421 and I have had several altercations; but, so far, I've not been assaulted, but, I'm in constant threat, in a life-threatening, dangerous situation and subject to serious physical injury 24 hours a day. I can't sleep, and my nerves are bad.

Page 1 of 2

Affidavit (continued) Page 2 of 2

5) Under Menard prison rules (gay-men) are not to be confined to two-man-cells, while in segregation, but, I've been made an exception to the rule. I need to be (a) moved from Hot Box Cell, and (b) moved away from enemy.

6) Ms K. Schorn/Librarian refuses to photocopy my Amended-Complaint, because I've named her as a defendant in this action. As such, I cannot submit my Amended-Complaint unless this Court enters an Order demanding she copy Amended-Complaint.

7) Due to lack of legal writing material an ink pen and blank paper, I had to borrow the 2 sheets of blank paper used to prepare this original and 1 copy of these documents and an ink pen. K. Schorn only provides (10) sheets of blank paper and 1 ink pen a month and I'm out of both.

8) Accordingly, I need this Court enter Protective Orders Order K. Schorn photocopy Amended-Complaint and to provide me with more legal supplies, or, in the alternative, Order a video Conference Call.

9) That further I sayeth not.

10) As an afterthought, I filed another Civil Rights Complaint Case No. 08 C 3664 before Judge Moran against Menard Medical Staff, as such, I'm denied all medical treatment and given nothing for back pain, pain in both arms and hands and lower right abdomen so, if I'm injured I'd have to doctor on myself, as I can expect No medical help from Medical Staff.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 9th day of July, 2008.

_____
Affiant