

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

James G. Turner-el,

    Plaintiff,

— v —

Roger Walker, Jr., et al.,

    Defendants.

FILED
Jul 17, 2008
JUL 1 7 2008   MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Case No. 08 CV 2742
08cv2742
The Honorable
James B. Zagel,
U.S. Judge presiding.

## EMERGENCY MOTION FOR PROTECTIVE ORDERS

COME NOW plaintiff James G. Turner-el, Pro Se, in Emergency and respectfully move this Honorable Court for Emergency Protective Orders, and in support he states:

1. That because it was plaintiff who was moved from cell 6-47 without his long documented enemy July 10, 2008, inmate segregation workers started alleging plaintiff was a snitch.

2. Then on July 12, 2008 inmate worker was placed on deadlock status, and plaintiff has been singled out as the "snitch" who got the worker busted.

3. Plaintiff was warned by a worker to watch what he eats, and noticed his dinner tray was

very sloppy with alot of water and it smelled foul, so plaintiff refrained from eating it.

4. But, at Breakfast today July 13, 2008, plaintiff saw dirt and hair throughout his Food tray, and he couldn't consume it.

5. Plaintiff contend inmate workers have labeled plaintiff a "snitch" and because the workers do the actual feeding, the passing of Food trays to prisoners in segregation, they are purposefully tampering with plaintiff's food trays, assuming either way they win, in that, should plaintiff eat trays he could be eating feces, urine, garbage, etc., and were plaintiff not to eat anything, he starves.

6. If plaintiff went on hunger strike, he could be assigned to suicide watch, where still inmate workers do the feeding while so situated, then once off suicide watch workers would still feed him. As such, going on hunger strike would be useless.

7. Plaintiff nonetheless must thoroughly examine his food trays and if they smell bad, or look funny he will be forced to decline eating, he will accept food trays and look them over and may just take the bread to eat.

8. Though plaintiff was seperated from his enemy, plaintiff is still in two-man-cell-status and someone will be assigned to cell with him very soon.

9. But, workers have put out rumor that plaintiff is a snitch, and now prisoners confined to segregation are now referring to plaintiff as a snitch, as such, any inmate assigned to cell with him, will try to get plaintiff moved and no doubt will attempt to assault and abuse him, so long as we remain together, due to snitch label, and fact

that plaintiff is gay and elderly, with numerous medical problems.

10. Accordingly moving plaintiff after 4:00pm on July 10, 2008 from celling with his enemy, has now resulted in plaintiff being labeled a snitch, his Food trays tampered with, he still in two man cell status, confined to another worst Hot Box Torture Cell; as such, matters have gotten considerably worst, because with guys who are in segregation alleging he's a snitch, he can't go to the yard, and anybody who cells with him will want plaintiff gone, and continue to subject him to imminent dangers of serious physical injury.

11. Due to the Emergency nature of this Motion, plaintiff request this Court issue Protective Orders, that:

A) Requires that defendant(s) immediately transfer plaintiff to the Stateville Correctional Center, released from segregation status;

B) Make new rule that only kitchen workers can serve food to prisoners in segregation;

C) Assign plaintiff to single cell status to open barred-cell;

D) Any additional relief this Court deems just.

WHEREFORE, DO HE PRAY.

Respectfully submitted,

James M. —— JP
James G. Turner-El
#N-01161
M.C.C.
P.O. Box 711
Menard, Il. 62289

STATE OF ILLINOIS      )
                       ) SS
COUNTY OF RANDOLPH     )

## AFFIDAVIT

I, James G. Turner-sr being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto: 1) That I am a prisoner in the custody of the Illinois Dept. of Corrections (IDOC) at the Menard Correctional Center (Menard), confined to Disciplinary/Segregation Unit in a Steel Front Isolation Control Hot Box Torture chamber Cell, where I'm having constant breathing attacks.
2) That since my placement in segregation 2/28/08, I've continually been kept in a two-man Hot Box Torture Cell, and have repeatedly been assaulted by younger, bigger, stronger gang members assigned to cell with me who took my food and other property, and when I suffered injury that bleed or swoll-up, I had to treat my own wounds, as Medical staff will give me No Medical treatment as a result of my bringing a civil complaint against them in Case No. 08 c 3864 before Judge Moran.
3) That on 6/24/08 defendants confined inmate Ellis Partee #A-15421 one of my old documented enemies to cell with me, and we were not seperated til 7/10/08 when I was moved to my present Hot Box cell location.
4) That present Hot Box Cell is worst than previous Hot Box cells, as present cell doesn't have more nor the same amount of Fresh Air holes to permit air to filter into the cell, as such, I'm having Frequent Breathing attacks and afforded No Medical care.
5) Denial of Medical treatment and assignment to Hot Box torture cells, with and without other inmates is a retaliatorial tactic, used to punish me for filing lawsuit against defendants 08 c 3664 before Judge Moran and

Page 1 of 2

Affidavit (continued) Page 2 of 2

also O8C 3846 before Moran, but, it is assumed Moran will transfer cases to the U.S. Southern District Court as he previously did with case No. O8C 3421 now before Chief Judge D.R. Herndon.

6) Defendants actions has subjected me to assault, reign of terror and imminent dangers of serious physical injury and still subjects me to imminent dangers, as such I need protective orders, entered immediately.

7) Defendant K. Schorn refuses to photocopy Amended Complaint, because I've amended her to the Complaint, additionally she wont copy other papers such as this document, nor, provide legal writing material as needed which forced me to have to use the back of Form Motions in which to prepare this pleading and because she wouldn't copy it, I have to submit this single copy in hopes this Court authorizes Clerk to copy it and serve the parties, and Order K. Schorn to copy my documents and to provide legal supplies, Medical staff to provide treatment and other prison officials to assign me to a single-man-open-barred-cell.

8) My sister has paid filing fees.

9) That further I sayeth not.

10) That this Court Order a Video Court Conference call so matter of cell assignment can be remedied.

11) That I learned on 7/13/08 that I am still on double man cell status, so someone will be assigned to cell with me soon, creating even more problems.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 13th day of July, 2008.

_James M. [signature]_
Affiant