

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

James G. Turner-el,
    Plaintiff,

-v-

Roger Walker, Jr., et al.,
    Defendant(s).

FILED
JUL 17, 2008
JUL 17 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No. 08 cv 2742
08 cv 2742
The Honorable
James B. Zagel,
U.S. Judge presiding.

EMERGENCY

MOTION FOR DEFENDANT LIBRARIAN TO PHOTOCOPY
AMENDED COMPLAINT THAT DEFENDANTS' CAN BE
<u>SERVED WITH PROCESS</u> */

COME NOW, the plaintiff James G. Turner-el, Pro Se, in Emergency and respectfully move this Honorable Court to enter an Order demanding defendant K. Schorn/Librarian to photocopy his Amended Complaint that service can be made on defendants.

IN SUPPORT, plaintiff states:

1. Plaintiff only submitted a single-copy of his 42 U.S.C. §1983 Civil Rights Complaint when filing the instant proceeding, as such, he submitted <u>NO</u> copies within which the U.S. Marshall could serve on the defendants and as plaintiff has paid filing fee, this Court will Order Marshall to serve defendants in the near future.

---

*/ And provide legal supplies

2. Plaintiff has added to the original complaint and he now names (24) defendants herein, including K. Schorn/Librarian, and he needs at least (27) copies of his Amended Complaint that the Court, each defendant and plaintiff have a copy.

3. Accordingly, plaintiff requests that this Honorable Court enter Orders demanding K. Schorn copy Amended Complaint, that service of process can be accomplished, and afford plaintiff legal supplies. 1/

WHEREFORE, DO HE PRAY.

Respectfully submitted,

James G. _____ s/
James G. Turner-el
#N-01161
M.C.C.
P.O. Box 711
Chester, Il. 62259

---

1/ That plaintiff's family be permitted to provide pens and paper and legal envelopes.