IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

James G. Turner-El,
    Plaintiff,

-v-

Roger Walker, Jr., et al.,
    Defendant(s).

FILED
JUL 1 8 2008  MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No. 08 CV 2742

The Honorable
James B. Zagel,
U.S. Judge presiding.

EMERGENCY
MOTION FOR PROTECTIVE ORDERS, AND SUPPORT OF ISSUANCE OF A TEMPORARY RESTRAINING ORDER */

COME NOW, the plaintiff James G. Turner-El, Pro Se, in Emergency in support of his Motions for Protective Orders and for a (TRO), and respectfully move this Honorable Court to issue Orders, Accordingly.

IN SUPPORT, plaintiff states:

1. That on July 10, 2008, plaintiff was moved from cell #6-47 after 4:00 PM by inmate workers to cell #2-32 a two-man cell by himself. At this time inmate workers begin alleging plaintiff was a snitch.

2. That on July 12, 2008, an inmate cellhouse help worker was placed on deadlock status, and his status has been attributed to plaintiff and now inmate workers have prisoners in segregation calling him a snitch, in the

---

*/ And, Order Video Court Conference Call. And to Permit Him to write on back of Form Motions.

area plaintiff is confined.

3. That as a direct result of plaintiff being labeled a snitch, inmate cellhouse help workers are tampering with plaintiff's food trays, by putting garbage, feces, etc., on his food, rendering food inedible, as such, plaintiff has not been able to eat an entire meal since July 11, 2008, and plaintiff is starving.

4. Then on July 14, 2008 defendant(s) confined another inmate Damon V. Jones Reg.No. #K62682 to cell with him in Hot Box Torture Cell.

5. Said inmate does not want to cell with plaintiff because he knows inmate workers are tampering with his food and he could easily whine-up with food tray that's been earmarked for plaintiff. Further, no one wants to be around a prisoner labeled a snitch. So far we've had no altercations, but, it will only get worst with each passing day. (See Affidavit).

6. That plaintiff cannot stop inmate workers from tampering with his food trays, and his cellmate could whine-up with a tray thats suppose to come to him, neither of us are eating but a little of the food trays that come to the cell.

7. Plus, plaintiff's life is being threatened and inmates have determined to get him at the yard, or on Hospital pass, as such, he is fearful of his continued health, and safety.

-2-

8. That whenever it gets unbearably hot like it was July 15, 2008, plaintiff can't catch his breathe and he had several breathing attacks, and he passed out with High Blood Pressure and Chest pains, but, because he has Complaint 08 c 3664 pending before Judge Moran against Medical staff, they are refusing to provide plaintiff with proper medical treatment, trying to cause his demise.

9. That plaintiff is confined to a two man Steel front Isolation Control Hot Box Torture Chamber Cell, with little ventilation which makes breathing difficult, which subjects him to breathing attacks and his blood pressure rises and his Heart receives sharp pains, this torture will continue so long as plaintiff remains in Hot Box Cell.

10. The next time plaintiff could die and medical staff are affording no medical treatment, nor, will they have plaintiff moved from Hot Box Cell,

11. The plaintiff has no other remedy, other than to go on suicide watch, which will make it even worst, as such, he seek protective Orders, that:

A) Defendant(s) move plaintiff to open-barred single-man cell;

B) Defendants afford prompt, meaningful and proper medical care;

C) Transfer plaintiff to Stateville Correctional Center.

-3-

D) Any additional relief this Court deems just
E) Order Video Court Conference Call.

WHEREFORE, DO the PRAY.

Respectfully submitted,

James G. Turner-El
James G. Turner-El
#N-01161
M.C.C.
P.O. Box 711
Chester, Il. 62259

STATE OF ILLINOIS        )
                         ) SS
COUNTY OF Randolph       )

## AFFIDAVIT

I, Damon V. Jones, being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto: I am a Inmate in the Custody of Menard C.C. housed in the North 2 Segregation Unit and have been so since July 7th 2008. On July 14th 2008 I was moved from 2-20 cell to a Hot Box controlled cell with J. Turner-El #N01161 cell 2-32. For the past few days I've been hearing both Inmates locked-up and Inmate Workers refer to J. Turner-EL as a Snitch. That told something on His Cell mate then told Something on a Inmate Worker and got him locked up/fired. Its been rumored that the workers are tampering with His food trays as a means of Retaliation's against him for Snitching. I don't want to be in the cell with J. Turner-EL because he's being Cursed out, threatened and his food is being messed over, and because I'm in here with Him, I could very well wind up with a tampered tray ment for him. I've voiced my concerns to several Workers to refrain from any tampering because I'm in here with Turner-EL now and I don't want trays to be messed over cause I might end up with the spiced up food tray. I believe Turner-EL needs to be in a regular barred cell by himself or transferred as to many prisoner's are looking at him as a snitch which could get him hurt. Turner-EL very thin little old man who can easily be injured - I know cause he had an Severe breathing attack and passed out. I want to help him up and asked him what was wrong he stated he was Having chest pains and it was hard for him to breathe and he thought his Blood Pressure was high. I beat on the Door for a medical staff or officer to show I call one to our location. They never came until about 3 or 4 am during their regular med. pass. They didn't check him out or show any means of medical assistants. This two man cell Hot Box

Page 1 of 2

Affidavit (continued) Page 2 of 2

is a Torture Chamber for a person of his age and health condition, there's little ventilation which make breathing difficult. My person believes he will only get worse under these conditions - and medical staff affording no proper medical treatment, no having him moved to a cooler open barred single man cell, will only ensure him more medical problems.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 15th day of July, 2008.

_____
Affiant

STATE OF ILLINOIS )
)SS
COUNTY OF RANDOLPH )

## AFFIDAVIT

I, James G. Turner-el, do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts:

1) That inmate cellhouse help are still telling everyone I'm a snitch and tampering with my food trays.
2) That on July 14, 2008, cellhouse staff moved inmate D. Jones *K62682 into Hot Box Torture cell with me;
3) That he knew before being assigned workers were claiming I was a snitch and were fooling around with my food trays.
4) That he doesn't want to cell with me, due to snitch label, plus, workers messing over my food trays, as by him being celled with me he could get a tray that should have gone to me.
5) That we're both eating very little off trays issued this cell.
6) That I'm starving, but I'm afraid to eat due to workers tampering with his food trays.
7) That inmates in the area are threatening to do me bodily harm should I go on call-pass, or go to the yard, and I'm fearful of my continued health.
8) That further I sayeth not
9) That I passed out having breathing attack, my blood pressure rose and I had sharp chest pains, but I was not afforded prompt, meaningful and proper medical care
10) Nor, will medical staff have me moved to open barred cell due to complaint 08 C 3664.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 16th day of July, 2008.

_____
Affiant