IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
JUL 2 3 2008   mB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

James G. Turner-el,

    Plaintiff,

- v -

Roger Walker, Jr., et al.,

    Defendant(s).

08 cv 2742

Case No 08 cv 2742

The Honorable
James B. Zagel,
U.S. Judge presiding.

MOTION FOR REIMBURSEMENT OF FILING FEE, AS THE CLERK OF THE COURT WAS PROHIBITED FROM FILING ANY FURTHER DOCUMENTS IN THIS CAUSE OF ACTION */

    COME NOW the plaintiff James G. Turner-el, Pro Se, pursuant this Court's dismissal Order of July 10, 2008, and respectfully move this Court to Order Reimbursement of pre-paid filing fee for cause as the Honorable Clerk of the Court was ordered not to accept any further documents for filing in this case and to return any such documents to plaintiff unfiled.

    IN SUPPORT, plaintiff states:

    1. In this cause of action plaintiff specifically sought to have the Honorable Clerk of the Court to file new documents in Case 86 c 8929 to enforce a settlement agreement. To which the Clerk filed. However, the Clerk filed in error as the Hon. Judge Moran had prohibited the Clerk from filing any further documents in this case. And, even though plaintiff had sought to file a new Complaint, it still regarded case 86 c 8929 to which the Court ordered the Clerk to return documents unfiled.

---

*/ Or, For Sanctions

2. There can be No dispute that Complaint 08 cv 2742 specifically regarded Case No. 86 C 8929, to which the Clerk had been admonished not to file any documents on, as such, since Clerk could not file said documents without violating a Court Order. This cause of action could or should never have been filed by the Clerk, and as such, plaintiff couldn't have been ordered to prepay no filing fee herein. But, because Clerk erred and filed Complaint, the Court ordered payment of filing fee to which plaintiff prepaid.

3. But as Complaint could never have been filed plaintiff seeks reimbursement of his filing fee, or, in the alternative, that the Clerk be ordered to pay plaintiff a sanction in the amount of $1,500.00 (Fifteen Hundred Dollars) for violating a Federal Court Order.

WHEREFORE, DO NC PRAY.

Respectfully submitted,

James G. Turner-el
#N-01161
M.C.C.
P.O. Box 711
Menard, Il. 62259