IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| James G. Turner-el, | |
| Plaintiff, | FILED |
| -v- | AUG 12 2008 |
| Roger Walker, Jr., et al., | MICHAEL W. DOBBINS |
| Defendants. | CLERK, U.S. DISTRICT COURT |

Case No. 08 CV 2742

Hon. James B. Zagel,
U.S. Judge presiding.

MOTION DEMANDING LAW LIBRARIAN TO PHOTOCOPY HIS NOTICE OF APPEAL */

COME NOW, the plaintiff James G. Turner-el, Pro Se, and respectfully move this Honorable Court to demand law librarian K. Schorn to photocopy his Notice of Appeal, etc., to be filed in this action following adverse ruling of his Motion for Relief of Judgement, in support plaintiff states:

1. Plaintiff sent his Notice of Appeal, etc., to the law library July 16, 2008 to be photocopied and returned. Same was not returned until today August 6, 2008, uncopied. (See K. Schorn's explanation on Legal Request attached hereto). She thinks by Judge Moran ordering clerk not to accept any further documents, it means plaintiff can't appeal this Court's Judgement.

---

*/ And Allow plaintiff to write on Reverse Side of Paper due to lack of legal writing material. And furnished copy

2. Plaintiff was returned his Notice of Appeal, etc., uncopied by inmate law clerk, plaintiff filled out another legal request form and gave back to the law clerk, advising K. Schorn that he could take appeal, if he so chose, to copy his Notice of Appeal and return August 7, 2008, so that he could mail out the night of August 7, 2008.

3. Because, plaintiff has no idea, if indeed K. Schorn will actually return his Notice of Appeal on August 7, 2008, he has no choice but to alert this Court has to his dilema. That this Court can view this document as Notification of his intention to appeal. But, unjustly delayed by Law Librarian who has continually tried to prosecute all plaintiff's cases, by determining what can/cannot be photocopied, number of copies, who plaintiff can send copies too, etc.

4. Accordingly, plaintiff requests this Honorable Court demand Law Librarian K. Schorn to photocopy his Notice of Appeal etc, and grant him leave to write on back of this paper, and copy be returned him by the Clerk.

Respectfully submitted

James G. Turner-El N-01161
Plaintiff Pro Se

"Court Dead" *Rush Order* *Rush Order*

**INMATE REQUEST FOR LAW LIBRARY ASSISTANCE**

GEN. DIV. ( )   P.C. ( )
C.U.     ( )   SEG. (X)          DATE: 7/16/08

INMATE NAME: Turner-el    ID# N-01461    CELL: X-32

REQUEST: 5 copies Not for Appeal / 2 envelopes for mailing
Case No. 08 C 2742 Northern Dist. Ct. Il.

FORMS REQUESTED (Specify state or federal court): _____

CASE LAW/STATUTES REQUESTED: Denied based on the Court order of 7/10/08 Northern Dist # 08C 2742 that states

COMMENTS: that "The Court therefore orders the Clerk not to accept any further documents for filing in this case."

DCA 30620   IL 426-18967        DATE FILLED: 07-31-08
(Revised Dec 98)                INITIALS: ___