M HN

**FILED**
LCW

IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AUG 2 5 2008
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

James G. Turner-EL,

　　Plaintiff,

-v-

Roger Walker, Jr., et al.,

　　Defendant(s).

Case No. 08 CV 2742

The Honorable
James B. Zagel,
U.S. Judge presiding.

## MOTION FOR CLARIFICATION OF STATUS OF MOTION FOR RELIEF FROM JUDGEMENT, & MOTION DEMANDING PRISON LIBRARIAN PHOTOCOPY NOTICE OF APPEAL, Etc.

**COME NOW** plaintiff James G. Turner-EL, Pro Se, and respectfully move this Honorable Court for Clarification of the Status of his Motion for Relief from Judgement, and to demand Law Librarian to photocopy Notice of Appeal etc., in support, he states:

1. Following dismissal of this proceeding 7/10/08 plaintiff submitted his Motion for Relief of Judgement, to date, he's not received any acknowledgement of receipt by the Clerk of the Court, nor, have he received any Orders of the Court regarding said motion; Accordingly, plaintiff seek clarification of status of his Motion, as if ruling is adverse he can take appeal.

2. Additionally, plaintiff requests this Court to demand prison law librarian Ms. K. Sehorn to photocopy

his Notice of Appeal, Motion(s) For (a) Transmission of Record on Appeal; (b) Docketing Statement; (c) Jurisdictional Statement; (d) Counsel on Appeal, and (e) Application to proceed In Forma Pauperis on Appeal, should this Court rule adversely to Motion for Relief From Judgement.

3. Plaintiff allowed the Librarian to read this Court's dismissal Order of July 10, 2008, and due to fact, that this Court made mention of Judge Moran's admonishing Clerk not to accept any further documents in 86 c 8929 Ms. Schorn, is under impression (I) plaintiff cannot file anything in this case including taking appeal, and as such she refuses to photocopy above listed documents. Accordingly, plaintiff requests this Court demand prison Librarian to photo copy my pleadings in this action.

WHEREFORE, plaintiff pray this Honorable Court Clarify status of his Motion For Relief From Judgement, and Order K. Schorn to photo copy his pleadings in this case.

Respectfully submitted,

James G. Turner-u
N-01161
M.C.C.
P.O. Box 711
Menard, Il. 62259